**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

In re:  Anthony D. Mitchell           :        Case No.  15-50375

                                   :        Chapter 13

      Debtor(s)                    :        Judge Hoffman

**NOTIFICATION OF NEW ADDRESS OF DEBTOR(S)**

Attorney, W. Mark Jump, hereby notifies the court of the above referenced Debtor (s) new address:

> 3251 Shoal Creek Lane
> Hilliard, OH  43026

> /s/W. Mark Jump
> W. Mark Jump (0062837)
> *Attorney for Debtors*
> Jump Legal Group
> 2130 Arlington Avenue
> Columbus, OH 43221

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2015 a copy of the foregoing Notification of New Address was served on the following registered ECF participants, electronically, through the court's ECF system at the email address registered with the court or via ordinary US mail:

/s/W. Mark Jump
W. Mark Jump (0062837)
*Attorney for Debtors*
Jump Legal Group
2130 Arlington Avenue
Columbus, OH 43221

Served Electronically:

Faye D. English, Chapter 13 Trustee

Office of the US Trustee